Todd M. Friedman (SBN 216752)
Adrian R. Bacon (SBN 280332)
LAW OFFICES OF TODD M. FRIEDMAN, P.C.
21550 Oxnard St., Suite 780
Woodland Hills, CA 91367
Phone: 323-306-4234
Fax: 866-633-0228
tfriedman@ toddflaw.com
abacon@ toddflaw.com
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRY FABRICANT, individually, and on behalf of all others similarly situated<br><br>Plaintiff,<br><br>vs.<br><br>DIRECT CAPITAL SOURCE, INC., and DOES 1 through 10, inclusive, and each of them<br><br>Defendant. | Case No. 2:20-cv-10663-MWF-AS<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

**NOTICE IS HEREBY GIVEN** that Plaintiff, pursuant to Federal Rule of Civil Procedure 41(a)(1), hereby voluntarily dismisses the entire case without prejudice. Defendant has neither answered Plaintiff's Complaint, nor filed a motion for summary judgment. Accordingly, this matter may be dismissed without prejudice and without an Order of the Court.

///

///

1  RESPECTFULLY SUBMITTED this 4th day of March, 2021.

2

3             By:    s/Todd M. Friedman
                      Todd M. Friedman, Esq.

4                        Law Offices of Todd M. Friedman, P.C.

5                        Attorney for Plaintiff

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

NOTICE OF DISMISSAL

**CERTIFICATE OF SERVICE**

Filed electronically on this 4th day of March, 2021, with:

United States District Court CM/ECF system

And hereby served upon all parties

Notification sent on this 4th day of March, 2021, via the ECF system to:

Honorable Michael W. Fitzgerald
United States District Court
Central District of California

And mailed to:

Direct Capital Source, Inc.
c/o Registered Agent Solutions, Registered Agent
1220 S Street, Suite 150
Sacramento, CA 95811

This 4th day of March, 2021.
By: s/Todd M. Friedman
    Todd M. Friedman